UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC GONZALEZ,<br><br>       Plaintiff,<br><br>-against-<br><br>NEW YORK EYE AND EAR INFIRMARY OF MOUNT SINAI (Environmental Services Housekeeping),<br><br>       Defendant. | 20-CV-6822 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 4, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 5, 2021
    New York, New York

                   *Louis L. Stanton*
                    Louis L. Stanton
                      U.S.D.J.